**DISMISS; and Opinion Filed August 2, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00820-CV**

**FATIMA LOVE, Appellant**
**V.**
**BLENSHIRE VILLAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-003158-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang and Lewis
Opinion by Justice Lewis

Appellant's brief in this case is overdue. By postcard dated February 12, 2013, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b)(c).


/David Lewis/
DAVID LEWIS
JUSTICE

120820F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FATIMA LOVE, Appellant

No. 05-12-00820-CV     V.

BLENSHIRE VILLAS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-003158-B.
Opinion delivered by Justice Lewis. Chief Justice Wright and Justice Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BLENSHIRE VILLAS recover its costs of this appeal from appellant FATIMA LOVE.

Judgment entered this 2nd day of August, 2013.

/David Lewis/

DAVID LEWIS
JUSTICE